# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2013

### NO. 03-11-00630-CV

**Greg Abbott, in his Official Capacity as Attorney General of the State of Texas, Appellant**

**v.**

**Dallas Area Rapid Transit, Appellee**

### APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
### OPINION BY JUSTICE ROSE

**THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS**, having heard this cause on appeal and having considered the record of the court below, the briefs, and counsels' argument, concludes that the district court's judgment should be reversed and rendered in part, and affirmed in part.

**IT IS THEREFORE ORDERED**, in accordance with the Court's opinion, that:

(1) The part of the district court's judgment that requires the identities, job positions, and hire dates of the interviewees be redacted from the investigation report is reversed;

(2) The investigation report must be disclosed without redaction;

(3) The district court's judgment is affirmed in all other respects; and

(4) Dallas Area Rapid Transit pay all costs related to this appeal; and

(5) This decision be certified below for observance.